

IN THE
TENTH COURT OF APPEALS

No. 10-16-00254-CV

IN THE INTEREST OF H.L.H. AND A.H., CHILDREN

From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D201500336

**O R D E R**

In a June 9, 2016 memorandum opinion, we dismissed Appellant M.K.H.'s appeal because the judgment being appealed was interlocutory and not a final judgment because a plea in intervention remained pending. *See In re H.L.H.*, No. 10-16-00111-CV (Tex. App.—Waco June 9, 2016, no pet.) (mem. op.). Thereafter, the judgment became final and appealable, and Appellant filed a "First Amended Notice of Appeal." Thereafter, a supplemental clerk's record containing that notice and other documents was filed in No. 10-16-00111-CV after it had been dismissed.

Because No. 10-16-00111-CV had been dismissed, the Clerk of the Court docketed the First Amended Notice of Appeal as a new appellate proceeding (No. 10-16-00254-CV).

Because the appellate record has been filed in No. 10-16-00111-CV, the Court directs the Clerk of the Court to copy (electronically) the appellate record (all clerk's and reporter's records) that has been filed in No. 10-16-00111-CV and file it in No. 10-16-00254-CV within seven days of the date of this order.

Any further supplemental records shall be filed in No. 10-16-00254-CV.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed August 24, 2016
Do not publish

